UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:15-cr-*176-Orl-37KRS*
                                            18 U.S.C. § 2251(a)
JOSHUA ADAM TATRO                           18 U.S.C. § 2252A(a)(2)(B)
                                            18 U.S.C. § 2252A(a)(5)(B)
                                            18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 26, 2014, in Brevard County, Florida, in the Middle

District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and

coerce a minor under the age of 18 years, to engage in sexually explicit conduct for

the purpose of producing visual depictions of such conduct which the defendant

knew and had reason to know would be transported and transmitted using any

means or facility of interstate and foreign commerce, and which were transported

and transmitted using any means or facility of interstate and foreign commerce,

and which were produced using materials that have been mailed, shipped, and

transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

On or about November 6, 2014, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

On or about November 15, 2014, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported

2

and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR

On or about November 20, 2014, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**JOSHUA ADAM TATRO,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE

On or about November 21, 2014, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**JOSHUA ADAM TATRO,**

3

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SIX

On or about January 18, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**JOSHUA ADAM TATRO,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SEVEN

On or about February 16, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT EIGHT

On or about March 8, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported

5

and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT NINE

On or about March 10, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TEN

On or about February 23, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly receive and attempt to receive material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

### COUNT ELEVEN

On or about March 10, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**JOSHUA ADAM TATRO,**

the defendant herein, did knowingly receive and attempt to receive material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

## COUNT TWELVE

On or about March 11, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly receive and attempt to receive material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

## COUNT THIRTEEN

On or about March 17, 2015, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA ADAM TATRO,

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that involved a prepubescent minor or a minor who had not attained 12 years of age, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

8

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Counts One through Thirteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to provisions of Title 18, United States Code, Section 2253.

2.      Upon conviction of the violations alleged in Counts One through Thirteen of this Indictment, the defendant, **JOSHUA ADAM TATRO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

a.      Any visual depiction described in Title, 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: (1) an LG Metro PCS, model LG MS500 Optimus, cellular telephone; (2) a black Metro PCS 4G, cellular telephone; and (3) a Micro SD storage card.

3.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property and shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

10

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSHUA ADAM TATRO

**INDICTMENT**

Violations:

18 U.S.C. §§ 2251(a), 2252A(a)(2)(B) and 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 29th day
of July 2015.

_____
Clerk

Bail $_____

GPO 863 525