UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:15-cr-176-Orl-37KRS

JOSHUA ADAM TATRO

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: None.

Dated: September 1, 2015

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Andrew C. Searle*
Andrew C. Searle
Assistant United States Attorney
USA Bar No. 143
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: andrew.searle@usdoj.gov

**U.S. v. JOSHUA ADAM TATRO**  Case No. 6:15-cr-176-Orl-37KRS

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maria Guzman, Esq.

*s/ Andrew C. Searle*
Andrew C. Searle
Assistant United States Attorney
USA Bar No. 143
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  andrew.searle@usdoj.gov
