UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:15-cr-176-Orl-37KRS

JOSHUA ADAM TATRO

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒ IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

15-CF-019441-A – Brevard County Court

☐ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: September 1, 2015

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:  *s/ Andrew C. Searle*
Andrew C. Searle
Assistant United States Attorney
USA Bar No. 143
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      andrew.searle@usdoj.gov

**U.S. v. JOSHUA ADAM TATRO**     Case No. 6:15-cr-176-Orl-37KRS

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maria Guzman, Esq.

*s/ Andrew C. Searle*
Andrew C. Searle
Assistant United States Attorney
USA Bar No. 143
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       andrew.searle@usdoj.gov