**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                             **CASE NO: 6:15-cr-176-Orl-37KRS**

**JOSHUA ADAM TATRO**

## ORDER

This case is before the Court on its own motion. On September 25, 2015, Magistrate Judge Karla R. Spaulding entered an Order granting the Defendant's Unopposed Motion for Determination of Defendant's Competency by Court-Ordered Psychiatric Evaluation (Doc. No. 19). The Order directs that the Defendant Joshua Adam Tatro be committed to the custody of the Attorney General for psychiatric or psychological examination for a period not to exceed thirty days from the date the Defendant arrives at the facility to determine whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon consideration, the Court finds: (1) that satisfactory grounds exist for a continuance; (2) that the ends of justice are served by a continuance outweigh the best interest of the public and the Defendant in a speedy trial; and (3) all time from now until the Defendant's competency is determined shall be excludable time as to the Defendant. Therefore, this case is continued. Defendant is rescheduled for status conference on **Thursday, November 19, 2015, at 8:45 a.m.**, and jury trial during the trial term

commencing **Monday, December 7, 2015, at 9:00 a.m.**, in Courtroom 4A, Fourth Floor, United States Courthouse, 401 West Central Blvd, Orlando, Florida.

The status conference set for Thursday, October 15, 2015 is cancelled.

**DONE AND ORDERED** at Orlando, Florida, this 30th day of September, 2015.

_____
ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record