UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:15-cr-176-Orl-37KRS

JOSHUA ADAM TATRO

## STIPULATION OF THE PARTIES FOR A NONJURY TRIAL

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and the defendant, by his undersigned counsel, hereby enter into the following stipulation for a nonjury trial.

Pursuant to the Federal Rules of Criminal Procedure, Rule 23(a)(1), the defendant hereby waives a jury trial. The United States consents to the waiver of a jury trial in accordance with Rule 23(a)(2). The parties stipulate and agree to a bench trial, and request the Court to approve a nonjury trial under Rule 23(a)(3).

So stipulated this 11th day of March, 2016.

                                                    Respectfully submitted,

| | |
|---|---|
| Donna L. Elm<br>Federal Defender | A. LEE BENTLEY, III<br>United States Attorney |
| *s/ Angela Parrott*<br>ANGELA PARROTT<br>Assistant Federal Defender<br>North Carolina Bar No. 0035490<br>201 S. Orange Ave., Suite 300<br>Orlando, FL 32801<br>Telephone: 407-648-6338<br>Facsimile: 407-648-6095<br>E-mail:   angela_parrott@fd.org | *s/ Andrew C. Searle*<br>ANDREW C. SEARLE<br>Assistant United States Attorney<br>Florida Bar No. 0116461<br>400 W. Washington Street, Suite 3100<br>Orlando, Florida 32801<br>Telephone:(407) 648-7500<br>Facsimile:(407) 648-7643<br>E-mail:   Andrew.Searle@usdoj.gov |

_____
JOSHUA ADAM TATRO
Defendant