**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

v.  Case No. 6:15-cr-176-Orl-37KRS

JOSHUA ADAM TATRO.

## ORDER

This cause is before the Court on the following:

1. Defendant's Motion to Suppress Statements and Request for an Evidentiary Hearing (Doc. 58), filed April 14, 2016; and

2. Defendant's Motion to Suppress Evidence Outside Scope of Probable Cause and Request for an Evidentiary Hearing (Doc. 59), filed April 14, 2016.

This criminal action was initiated on July 30, 2015. (Doc. 1.) On August 31, 2015 ("**Date**"), the Court entered a Scheduling Order, instructing that all pretrial motions were to be filed within twenty-one days of the Date ("**Pretrial Motions Deadline**"). (Doc. 10, p. 8.) After several continuances (*see* Docs. 22, 26, 29, 50), the action is now scheduled for a bench trial during the Court's May 2016 trial term (*see* Docs. 42, 43, 50).

On April 14, 2016, months past the Pretrial Motions Deadline, Defendant filed two motions to suppress. (Docs. 58, 59.) The Government opposes the motions and objects to their untimeliness. (*See* Doc. 58, p. 6; Doc. 59, p. 6.) Absent a showing of good cause or excusable neglect resulting in the delay, the Court finds that the motions are due to be

denied as untimely.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Suppress Statements and Request for an Evidentiary Hearing (Doc. 58) and Defendant's Motion to Suppress Evidence Outside Scope of Probable Cause and Request for an Evidentiary Hearing (Doc. 59) are **DENIED** as untimely.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 15, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

---

[1] This is consistent with the Court's most recent Order denying Defendant's request for an extension of the Pretrial Motions Deadline. (Doc. 60.)