UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:15-cr-176-Orl-37KRS

JOSHUA ADAM TATRO

## VERDICT

1. **Count One of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ____✓____           Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ____✓____           Not Guilty _____

3. **Count Three of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ____✓____           Not Guilty _____

4. **Count Four of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___     Not Guilty _____

5. **Count Five of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___     Not Guilty _____

6. **Count Six of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___     Not Guilty _____

7. **Count Seven of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___     Not Guilty _____

8. **Count Eight of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___        Not Guilty _____

9. **Count Nine of the Indictment**

   As to the offense of production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e),

   The Court finds the defendant, JOSHUA ADAM TATRO:

   Guilty ___✓___        Not Guilty _____

10. **Count Ten of the Indictment**

    As to the offense of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1),

    The Court finds the defendant, JOSHUA ADAM TATRO:

    Guilty ___✓___        Not Guilty _____

11. **Count Eleven of the Indictment**

    As to the offense of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1),

    The Court finds the defendant, JOSHUA ADAM TATRO:

    Guilty ___✓___        Not Guilty _____

12. **Count Twelve of the Indictment**

    As to the offense of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1),

    The Court finds the defendant, JOSHUA ADAM TATRO:

    Guilty ___✓___        Not Guilty _____

13. **Count Thirteen of the Indictment**

    As to the offense of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2),

    The Court finds the defendant, JOSHUA ADAM TATRO:

    Guilty ___✓___        Not Guilty _____

    The Court further finds that some of the child pornography involved in the offense charged in this Count:

    ___✓___ Depicted a prepubescent minor (a minor who had not attained 12 years of age)

    _____ Did not depict a prepubescent minor (a minor who had not attained 12 years of age)

SO SAYS THE COURT, this _6th_ day of July, 2016.

_____
ROY B. DALTON, JR.
UNITED STATES DISTRICT JUDGE